AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

All funds and other things of value in the
following accounts at BB&T Bank:
(1) Account #0005152782138 and
(2) Account #0005152781492,
both held in the name of A NU Properties

**SEIZURE WARRANT**

CASE NUMBER: 05-0413M-01

TO: Debra L. LaPrevotte, Director, FBI, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Debra L. Laprevotte who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely
(describe the property to be seized)

All funds and other things of value in the following accounts
at BB&T Bank: (1) Account #0005152782138 and
(2) Account #0005152781492, both held in the name of
A NU Properties

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 22 2005 4:05 pm    at Washington, D. C.

Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer                    Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/22/05 | 7/22/05 4:30pm | Cindy Deaves, BB&T |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

2 checks - #78221741 for $89,829.66 —
and #78221740 for $179,658.32 —



FILED

OCT 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  10/21/05
U.S. Judge or U.S. Magistrate Judge    Date